UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2011 AUG -5 P 2: 29
U.S. DISTRICT COURT
NEW HAVEN, CT

IN RE: APPLICATION OF THE UNITED STATES FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING THE CELL PHONE ASSIGNED NO. 203-764-0812, TO INSTALL AND USE PEN REGISTER AND TRAP-AND-TRACE DEVICES, AND TO OBTAIN TELECOMMUNICATIONS RECORDS

Misc. No.

## MOTION TO UNSEAL

The United States of America ("United States") respectfully requests that the Court unseal the Affidavit and Request for Authorization, the Search Warrant, and the Warrant and Order in the above matter, presented and issued on June 20, 2011. In support of this request, the United States notes that the search warrant has been executed; the location and pen/trap data gathering has been completed; government counsel and counsel for the suspect are having pre-indictment plea discussions; and government counsel plans to produce the documents to defense counsel.

Respectfully submitted

DAVID B. FEIN
UNITED STATES ATTORNEY

_____
HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
Fed. Bar No. ct24829
157 Church Street, 23d Floor, New Haven, CT 06510

The foregoing motion is hereby GRANTED / DENIED.

SO ORDERED.

_____
HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

8/5/11
DATE